UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**INVENTION SUBMISSION CORPORATION, etc.,**
        **Plaintiff,**

vs.                                         5:10-CR-0074 (NPM/DEP)

**IP WATCHDOG Inc., et al.,**
        **Defendant.**

NEAL P. McCURN, Sr. J.

**ORDER OF RECUSAL AND DIRECTING CASE BE RANDOMLY REASSIGNED**

Having reviewed this matter, I find that I should recuse myself in connection with the case based upon 28 U.S.C. § 455. It is therefore hereby

**ORDERED**, that the Clerk of the Court enter this Order, and serve a copy of this Order upon the parties,

**IT IS FURTHER ORDERED**, that The Clerk of the Northern District of New York is hereby ordered to randomly reassign the above referenced action pursuant to Local Rule 16.1(b) and the provisions of the Court's Civil Case Assignment Plan.

    IT IS SO ORDERED,
    Dated: January 25, 2010
    Syracuse, New York

                                              _____
                                              Neal P. McCurn
                                              Senior U.S. District Judge